UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA
LLOYD D. GEORGE  U. S. COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

LANCE S. WILSON
CLERK OF COURT

CYNTHIA J. JENSEN
CHIEF DEPUTY, LAS VEGAS

JAKE HERB
CHIEF DEPUTY, RENO

January 21, 2010

Clerk, U. S. District Court
Southern District of New York
500 Pearl Street
New York, NY   10007-1312

RE:   USA v. Curtis POPE

Your Case No: 09MAG2697
Our Case No: 2:09-MJ-958-RJJ

Dear Clerk:

Enclosed please find certification of the file as of January 21, 2010, in the above-referenced case.

  X   Sealed Personal Recognizance Bond

Please acknowledge receipt of the above documents by signing the enclosed copy of this letter and returning it to this court.

Thank you.

LANCE S. WILSON, Clerk
United States District Court


     /s/ Karen Richardson
Magistrate Judge Support Clerk

Enclosures

**Receipt of certified copies in the above referenced case is hereby acknowledged this _____ day of _____ 2010.**

**By:** _____